[No. 6494–1.   Division One.   July 9, 1979.]

RICHARD W. HISLOP, *Respondent, v.* ORCAS
ISLAND SCHOOL DISTRICT NO. 137,
ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for San
Juan County, No. 3196, Howard A. Patrick, J., entered
April 4, 1978. *Affirmed* by unpublished opinion per

Andersen, J., concurred in by Swanson, A.C.J., and Williams, J.